UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 13-11662-REL |
| HOFFMANS TRADE GROUP LLC, | |
| Debtor | |

| | |
|---|---|
| MARC S. EHRLICH, AS TRUSTEE FOR HOFFMANS TRADE GROUP LLC, | |
| Plaintiff | Adv. Pro. No.15-90038 |
| v. | |
| MCLANE GLOBAL, JORDAN LACCETTI, and MICHAEL COAKLEY | |
| Defendants. | |

## NOTICE OF APPEAL

Plaintiff, Marc S. Ehrlich, Chapter 7 Trustee, hereby appeals to the District Court for the Northern District of New York from each and every part of the Judgment of the Bankruptcy Court, District of New York, Albany Division, (J. Littlefield, Jr.) made and entered on December 27, 2016 and the Order of the Bankruptcy Court, District of New York, Albany Division, (J. Littlefield, Jr.) made and entered on December 27, 2016, that Judgment and Order is entered in favor of the Defendants, McLane Global, Jordan Laccetti and Michael Coakley.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

1915113

Plaintiff, Marc S. Ehrlich, Chapter 7 Trustee
By:  Leigh A. Hoffman, Esq.
Deily & Glastetter, LLP
*Attorneys for Chapter 7 Trustee*
8 Thurlow Terrace
Albany, New York 12203
Tel:  (518) 436-0344
Fax:  (518) 436-8273
Email:  lhoffman@deilylawfirm.com


Defendants, McLane Global,
Jordan Laccetti and Michael Coakley
By: Conor E. Brownell, Esq.
Ganz, Wolkenbreit & Friedman LLP
One Columbia Circle
Albany, New York 12203
Tel: (518) 869-9500
Fax: (518) 869-9556
Email: ceb@gwlaw.com


Dated: January 9, 2017	**DEILY & GLASTETTER, LLP**

	/s/ Leigh A. Hoffman
By:	Leigh A. Hoffman, Esq.
	*Attorneys for Chapter 7 Trustee*
	8 Thurlow Terrace
	Albany, New York 12203
	Tel:  (518) 436-0344
	Fax:  (518) 436-8273
	Email:  lhoffman@deilylawfirm.com

1915113	2